**Jed W. Manwaring, ISB No. 3040**
**Jon T. Simmons, ISB No. 5006**
**Christy A. Kaes, ISB No. 4852**
**EVANS KEANE LLP**
**1161 West River Street, Ste. 100**
**P. O. Box 959**
**Boise, Idaho 83701-0959**
**Telephone: (208) 384-1800**
**Facsimile: (208) 345-3514**
**E-mail:  jmanwaring@evanskeane.com**
          **jsimmons@evanskeane.com**
          **ckaes@evanskeane.com**

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **BARBARA ANN GARDNER, individually,**<br><br>Plaintiff,<br><br>vs.<br><br>**HARBOR FREIGHT TOOLS USA, INC.,**<br>**a Delaware corporation**<br><br>Defendant. | Case No. _____<br><br>Ada County Case No. CV01-17-20388<br><br>**NOTICE OF REMOVAL OF ACTION**<br>**(Diversity of Citizenship)** |

**TO: CLERK OF COURT, PLAINTIFF BARBARA ANN GARDNER, AND HER ATTORNEYS OF RECORD, WARREN W. DOWDLE AND LAURIE LITSTER FROST**

**PLEASE TAKE NOTICE** that Defendant Harbor Freight Tools USA, Inc. ("Harbor Freight"), files this Notice of Removal to remove this civil action from the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada to the United States District Court for the District of Idaho, based on diversity jurisdiction pursuant to 28 U.S.C. § 1441(b), for the reasons stated more fully below:

NOTICE OF REMOVAL OF ACTION - 1

1.      On November 1, 2017, Plaintiff Barbara Ann Gardner commenced a civil action by filing a complaint ("Complaint") against Harbor Freight in the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, styled *Barbara Ann Gardner, individually, v. Harbor Freight Tools USA, Inc., a Delaware corporation*, Ada County Case No. CV01-17-20388 ("State Court Action").  True and correct copies of all process and pleadings served upon Harbor Freight are attached hereto as **Exhibits A and B** and incorporated herein by reference.

2.      The Complaint alleges or purports to allege two causes of action against Harbor Freight arising from an accident that occurred at a Harbor Freight store located in Boise, Idaho on February 3, 2017: a cause of action for negligence (Count One) and a claim for recover of attorney fees and costs (Count Two).

3.      The District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada is a state court within this judicial district and division.

4.      Harbor Freight was served with the Complaint in the State Court Action on December 20, 2017, through personal service.  (*See* Affidavit of Service attached hereto as **Exhibit C**.)

5.      Pursuant to 28 U.S.C. § 1332, there is now complete diversity between Plaintiff and Harbor Freight and, upon information and belief, the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

6.      This Notice of Removal is timely filed.  This Notice of Removal is filed within thirty (30) days of receipt by Harbor Freight of pleadings and other papers from which it was first ascertained that the case is one which had become removable pursuant to Rule 6(a) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1446(b).

## DIVERSITY OF CITIZENSHIP

7. There is complete diversity of citizenship between the parties.

8. Upon information and belief, and pursuant to the allegations in her Complaint, Plaintiff is a citizen of the State of Idaho. (*See* Complaint, **Exhibit A**, ¶ 1.)

9. Harbor Freight is authorized to do business in the State of Idaho, but is a Delaware corporation that maintains its principal place of business in Camarillo, California. (*See* Certificate of Authority and related filings maintained by the State of Idaho, Office of the Secretary of State, attached hereto as **Exhibit D**.)

10. Harbor Freight is, therefore, a citizen of the States of California and Delaware for purposes of diversity of citizenship jurisdiction. 28 U.S.C. § 1332(c)(1).

## AMOUNT IN CONTROVERSY EXCEEDS $75,000

11. In her Complaint, Plaintiff states claims for damages, but pleads only that such amount will exceed the sum of $10,000; however, in other papers provided to Harbor Freight on behalf of Plaintiff, Plaintiff has demanded payment of damages in the total amount of $500,000, which includes $101,978.70 in medical expenses, and $398,021.30 for general damages, including past and future pain and suffering, mental and emotional trauma, loss of quality and enjoyment of life, disfigurement, disability, impairment, and loss of time. (*See* **Exhibit E**, correspondence from Plaintiff's counsel dated April 19, 2017.)

12. Based upon Plaintiff's allegations and demand, the amount of controversy in this action, exclusive of interest and costs, exceeds $75,000.00, the requisite amount in controversy for purposes of diversity jurisdiction under 28 U.S.C. § 1332(a).

**OTHER REQUIREMENTS FOR REMOVAL ARE SATISFIED**

13. A copy of the Ada County District Court file, which contains the Summons and Complaint, is attached hereto as **Exhibits A, B and C**.

14. A copy of the Ada County District Court register of actions identifying the filings that have been made in the State Court Action is attached hereto as **Exhibit F**. To Harbor Freight's knowledge, there have been no process, pleadings or orders filed or served to date, other than those contained within **Exhibits A, B and C** and identified on **Exhibit F**. 28 U.S.C. § 1446(a).

15. This case is a civil action within the meaning of the Acts of Congress relating to the removal of cases.

16. The prerequisites for removal under 28 U.S.C. § 1441 have been met.

17. The allegations of this Notice are true and correct and within the jurisdiction of this Court, and this cause is removable to this Court.

18. Harbor Freight has heretofore not sought similar relief.

19. A copy of this Notice is being filed with the Clerk of the District Court in and for Ada County, Idaho, as required under 28 U.S.C. § 1446, and written notice of such is being sent to Plaintiff's counsel.

20. Harbor Freight reserves the right to supplement its Notice of Removal by adding any jurisdictional defenses which may independently support a basis for removal. Nothing in this Removal shall be interpreted as a waiver or relinquishment of any of Harbor Freight's rights to assert any defense or affirmative matter.

21. If any question arises as to the propriety of the removal of this action, Harbor Freight respectfully requests the opportunity to present a brief and oral argument in support of the position that this case is removable.

**WHEREFORE**, Defendant Harbor Freight Tools USA, Inc. requests that this Court take jurisdiction of this action and issue all necessary orders and processes to remove this action from the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, to the United States District Court for the District of Idaho, Southern Division.

DATED this 16th day of January, 2018.

> EVANS KEANE LLP
>
> By:   /s/ Jon T. Simmons
>        Jon T. Simmons, of the Firm
>        *Attorneys for Defendant*