Jed W. Manwaring, ISB No. 3040
Jon T. Simmons, ISB No. 5006
Christy A. Kaes, ISB No. 4852
EVANS KEANE LLP
1161 West River Street, Ste. 100
P. O. Box 959
Boise, Idaho 83701-0959
Telephone: (208) 384-1800
Facsimile: (208) 345-3514
E-mail:  jmanwaring@evanskeane.com
         jsimmons@evanskeane.com
         ckaes@evanskeane.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BARBARA ANN GARDNER, individually, | Case No. 1:18-cv-00019-EJL |
| Plaintiff, | |
| vs. | DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| HARBOR FREIGHT TOOLS USA, INC., a Delaware corporation, | |
| Defendant. | *Oral Argument Requested* |

Defendant Harbor Freight Tools USA, Inc. ("Harbor Freight"), by and through its attorneys of record, Evans Keane LLP, and pursuant to Fed.R.Civ.Pro. 56 and Dist. Idaho Loc. Civ. R. 7.1, hereby moves this Court for summary judgment on Plaintiff's negligence claim.  The basis for this Motion is that as to the elements of duty of ordinary care and breach of that duty, there are no genuine issues of material fact and Harbor Freight is entitled to judgment as a matter of law.

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 1

This Motion is further based upon and supported by the pleadings and records on file herein, in addition to the Memorandum in Support, Statement of Material Facts, Declaration of Counsel, Declaration of Kachina Ketchum, and Declaration of Thomas McNeill, all of which are filed concurrently herewith in support of this Motion.

Oral argument is requested.

DATED this 31st day of October, 2018.

EVANS KEANE LLP


By:     /s/ Jon T. Simmons
           Jon T. Simmons, of the Firm
           *Attorneys for Defendant*


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of October, 2018, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic filing.

Warren W. Dowdle
wwd@litsterfrost.com

Laurie Litster Frost
laurie@litsterfrost.com


           /s/ Jon T. Simmons
           Jon T. Simmons