Jed W. Manwaring, ISB No. 3040
Jon T. Simmons, ISB No. 5006
Christy A. Kaes, ISB No. 4852
EVANS KEANE LLP
1161 West River Street, Ste. 100
P. O. Box 959
Boise, Idaho 83701-0959
Telephone: (208) 384-1800
Facsimile: (208) 345-3514
E-mail: jmanwaring@evanskeane.com
        jsimmons@evanskeane.com
        ckaes@evanskeane.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BARBARA ANN GARDNER, individually,<br><br>Plaintiff,<br><br>vs.<br><br>HARBOR FREIGHT TOOLS USA, INC.,<br>a Delaware corporation,<br><br>Defendant. | Case No. 1:18-cv-00019-EJL<br><br>DECLARATION OF KACHINA KETCHUM IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

KACHINA KETCHUM, declares and states as follows:

1.     I am a resident of the state of Idaho, of legal age and competent to be a witness. I make this declaration based upon my own personal knowledge.

2.     I am an employee of Harbor Freight Tools USA, Inc. ("Harbor Freight") in its store located on Fairview Avenue in Boise, Idaho, and have been so employed by Harbor Freight since September 19, 2016.

3.     I was on duty at Harbor Freight on February 3, 2017, and specifically recall an incident where Plaintiff Barbara Gardner and her husband came into the Harbor Freight store and

DECLARATION OF KACHINA KETCHUM IN SUPPORT OF DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT - 1

Mrs. Gardner fell. At that time, I was working at cash register 3 at the front of the store. I had a good and unobstructed view of the front doors. I observed Mrs. Gardner come into the store on that day ahead of her husband, and specifically noticed that she appeared fatigued and was shuffling her feet as she entered the store. As I recall, it was evening time when they entered the store.

4. Working at cash register 3, I also had an unobstructed view of the area where Mrs. Gardner fell, including all of the floor mats and the metal coupon display stand. The floor mats and coupon display stand are located just to the side of register 3, between cash register 3 and cash register 2. It is our practice at Harbor Freight, and my personal practice when working at one of the cash registers at the front of the store, to frequently scan the floor mats and the area around the floor mats, and to immediately fix any problems with the floor mats should they exist. That would include straightening or flattening a floor mat if it is folded or bunched up.

5. I did not actually see Mrs. Gardener fall; however, consistent with my practice stated above, I do recall looking at the floor mats and surrounding area at the front of the store just before the Gardners entered the store on February 3, 2017. I believe that would have most likely been less than two minutes prior to Mrs. Gardner's fall, and certainly less than five minutes prior to her fall. At that time, I did not see anything out of place or see that one of the mats was folded, wrinkled or bunched up.

Pursuant to 28 U.S.C. §1746, I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

DATED this 23 day of October, 2018.

Kachina Ketchum

DECLARATION OF KACHINA KETCHUM IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __31st__ day of October, 2018, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic filing.

Warren W. Dowdle
wwd@litsterfrost.com

Laurie Litster Frost
laurie@litsterfrost.com

_____/s/ Jon T. Simmons_____
Jon T. Simmons

DECLARATION OF KACHINA KETCHUM IN SUPPORT OF DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT - 3