Jed W. Manwaring, ISB No. 3040
Jon T. Simmons, ISB No. 5006
Christy A. Kaes, ISB No. 4852
EVANS KEANE LLP
1161 West River Street, Ste. 100
P. O. Box 959
Boise, Idaho 83701-0959
Telephone: (208) 384-1800
Facsimile: (208) 345-3514
E-mail:  jmanwaring@evanskeane.com
        jsimmons@evanskeane.com
        ckaes@evanskeane.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BARBARA ANN GARDNER, individually,<br><br>Plaintiff,<br><br>vs.<br><br>HARBOR FREIGHT TOOLS USA, INC.,<br>a Delaware corporation,<br><br>Defendant. | Case No. 1:18-cv-00019-EJL<br><br>DECLARATION OF THOMAS MCNEILL IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

THOMAS McNEILL, declares and states as follows:

1.      I am a resident of the state of Idaho, of legal age and competent to be a witness. I make this declaration based upon my own personal knowledge.

2.      In February of 2017, I was an employee of Harbor Freight Tools USA, Inc. ("Harbor Freight") in its store located on Fairview Avenue in Boise, Idaho. I was originally hired by Harbor Freight in October of 2015 and worked at its Boise store until April of 2016. I was rehired January 17, 2017.

DECLARATION OF THOMAS McNEILL IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 1

3.      I was on duty at Harbor Freight on February 3, 2017, and recall an incident where Plaintiff Barbara Gardner and her husband came into the Harbor Freight store and Mrs. Gardner fell. At that time, I was working at one of the cash registers at the front of the store, which I believe was cash register 2. The floor mats in the area where Mrs. Gardner fell and the coupon display stand on which she hit her head are located just to the side of that cash register, and I had an unobstructed view of the area where she fell, including all of the floor mats.

4.      When working at one of the cash registers at the front of the Harbor Freight store, it was my practice to frequently look at the floor mats near the register and immediately fix any problems should they exist, including straightening or flattening a floor mat if it is folded or bunched up.

5.      I recall looking up and seeing the Gardners as they entered the front door of the Harbor Freight store on February 3, 2017. To the best of my recollection, I did not see Mrs. Gardener fall or see anything that caused her to fall. I do recall, however, that I looked at the floor mats and surrounding area at the front of the store just before Mrs. Gardner fell and did not see any mat that was wrinkled or bunched up.

Pursuant to 28 U.S.C. §1746, I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

DATED this 30TH day of October, 2018.

Thomas McNeill

DECLARATION OF THOMAS McNEILL IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of October, 2018, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic filing.

Warren W. Dowdle
wwd@litsterfrost.com

Laurie Litster Frost
laurie@litsterfrost.com

_____/s/ Jon T. Simmons_____
Jon T. Simmons

DECLARATION OF THOMAS McNEILL IN SUPPORT OF DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT - 3